| | |
|---|---|
| JOHN LAPONTE,<br><br>                    Petitioner,<br><br>        v.<br><br>RALPH DIAZ,<br><br>                    Respondent. | Case No. 2:18-cv-06423-PA (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: March 25, 2019

_____
PERCY ANDERSON
United States District Judge