JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAPONTE,<br><br>                Petitioner,<br><br>      v.<br><br>RALPH DIAZ,<br><br>                Respondent. | Case No. 2:18-cv-06423-PA (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 25, 2019

_____
PERCY ANDERSON
United States District Judge